# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

**In re:** Shelia Moore                    **Case No.:09-70490-WSB**

    **Debtor(s)**

### ORDER CONFIRMING MODIFIED PLAN

The Chapter 13 Plan filed by the Debtor(s) on 3/3/2009   12:00:00AM, having been transmitted to all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C. .§ 1325(a);

**It is ORDERED that:**

    (1) the Plan as filed or modified is CONFIRMED.

    (2) Upon entry of this order, all property of the estate shall revest in the Debtor(s). Notwithstanding such revesting, the Debtor(s) shall not encumber, refinance, sell or otherwiseconvey real property without first obtaining an order of approval from this court.

    (3) All funds received by the Chapter 13 Trustee on or before the date an order of conversion or dismissal shall be disbursed to creditors, unless such disbursement would be de minimis, in which case the funds may be disbursed to the Debtor(s) or paid into the Treasury registry fund account of the Court, at the discretion of the Trustee. All funds received by the Chapter 13 Trustee after that date of the entry of the order of dismissal or conversion shall be refunded to the Debtor(s) at their address of record.

    (4) Other provisions:
        a.) The Trustee's Motion to Modify Plan or in the Alternative Motion to Dismiss Case is withdrawn.

        b.) The Trustee's Objection to Confirmation of Modified Plan and Notice of Motion to Dismiss or Convert is withdrawn.

Dated:   June 7, 2012

_William F. Stone, Jr._
United States Bankruptcy Judge

Prepared By: /s/Pamela F. Logan, Counsel
                (Trustee)